UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FRANK CASTRO,<br><br>Defendant | CRIMINAL No. 24-10091-AK |

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel respectfully moves this Court for leave to withdraw as counsel for the United States of America in the above matter. As grounds for this motion, the undersigned states that she will cease working as an Assistant United States Attorney as of June 2024. Replacement counsel has filed an appearance.

Respectfully Submitted,

JOSHUA S. LEVY
Acting United States Attorney

By: /s/ Eugenia M. Carris
EUGENIA M. CARRIS
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the Court's Electronic Court Filing (ECF) system on June 17, 2024, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Eugenia M. Carris
EUGENIA M. CARRIS
Assistant United States Attorney

Date: June 17, 2024